UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JAMES SANDERS,

                              Plaintiff,

    -against-                                   ORDER

PUBLIC HOTEL, 215 CHRYSTIE MANAGEMENT    20 Civ. 4105 (GBD)
LLC, 215 CHRYSTIE LLC, JEAN-GEORGES
MANAGEMENT LLC, JEAN-GEORGES
ENTERPRISES LLC, and MARIA ESCALLON, *in her
individual and professional capacities*,

                              Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     Defendant Maria Escallon's motion to dismiss dated August 7, 2020, (ECF No. 31), is DENIED as moot, because Plaintiff subsequently filed an amended complaint, (ECF No. 39), to which Defendant Escallon has filed an answer.

Dated: New York, New York
       October 15, 2020

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    United States District Judge