UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JAMES SANDERS,

       Plaintiff,

  -against-

PUBLIC HOTEL, 215 CHRYSTIE MANAGEMENT
LLC, 215 CHRYSTIE LLC, JEAN-GEORGES
MANAGEMENT LLC, JEAN-GEORGES
ENTERPRISES LLC, and MARIA ESCALLON, *in her
individual and professional capacities*,

       Defendants.

------------------------------------- x



ORDER

20 Civ. 4105 (GBD)

GEORGE B. DANIELS, United States District Judge:

 This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

 The February 24, 2021 conference is canceled.

Dated: New York, New York
   December 15, 2020

              SO ORDERED.

              *George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge